IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Frances Endencia ,

Plaintiff(s),

v.

American Psychiatric Association, Stafford Henry, IDFPR ,

Defendant(s).

Case No. 19-cv-03161
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of defendants American Psychiatric Association, Stafford Henry, IDFPR, and against Plaintiff Frances Endencia.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion.

Date: 10/7/2019

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk